

**MICHAEL A. CARDOZO**
*Corporation Counsel*

### THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KARL J. ASHANTI**
Assistant Corporation Counsel
Phone: (212) 227-0414
Fax: (212) 788-9776
kashanti@law.nyc.gov

January 11, 2012

**BY ECF**
Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   <u>Judy Fleury, et al. v. City of New York, et al.</u>
>         11 CV 1515 (ARR)(JO)

Your Honor:

        I represent the defendants in the above-referenced matter.  For Your Honor's approval and signature, enclosed please find an Order of Settlement and Dismissal which has the signatures of all parties.

        Defendants thank the Court for its consideration.

Respectfully submitted,

Karl J. Ashanti (KA4547)
Assistant Corporation Counsel

cc:   Nicole Bellina, Esq. (by ECF)